UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

      - against -

LEV PARNAS, and
DAVID CORRIEA,

               Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

ECF Case

No. 21 Civ. 995 (PAC)

      WHEREAS, on March 2, 2021, the Government submitted a motion seeking to intervene in this action and seeking a stay of this action, in light of the pendency of the parallel criminal action *United States v. Lev Parnas, et al.*, S1 19 Cr. 725 (JPO) (the "Criminal Action"), in which an indictment has been returned; and

      WHEREAS, defendant Lev Parnas does not object to the complete stay sought by the Government; and

      WHEREAS, the Securities and Exchange Commission (the "SEC") and defendant David Corriea take no position on the request for a complete stay; and

      WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

      ORDERED that the Government's motion to intervene is GRANTED.

      It is further ORDERED that this action is stayed in its entirety until the completion of the Criminal Action.

DATED: New York, NY
          March 8, 2021

SO ORDERED.

*/s/ Paul A. Crotty*

1